**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>,      :
                                          :
    **Petitioners,**                    :
                                          :
    **v.**                               :    **Civil Action No. 05-280 (GK)**
                                          :
BARACK H. OBAMA, <u>et</u> <u>al.</u>,       :
                                          :
    **Respondents.**                     :
_____:

### <u>ORDER</u>

A Status Conference was held in this case on March 5, 2009, which took place on the record and via telephone. Pursuant to the Protective Order entered in this case, the transcript will be sealed due to the discussion of documents filed under seal.[1] Upon consideration of Petitioners' Motion to Compel Compliance with Section I.E.1 of the Case Management Order [Dkt. No. 287], the Government's Opposition [Dkt. No. 294], representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the transcript is sealed; and it is further

**ORDERED**, that Respondents shall produce all video and/or sound recordings of any statement made by Petitioners upon which the Government relies to justify detention; and it is further

**ORDERED**, that Respondents must search the database used by JTF-GTMO for any original notes or transcripts, including any

---

[1] Parties, or members of the public, may request unsealing.

translation from Arabic, of statements made by Petitioners upon which the Government relies to justify detention; and it is further

**ORDERED**, that Petitioners' request that Respondents produce any "other records or reports of [Petitioners'] statements," is denied without prejudice. The subject-matter of such records or reports is covered by the Orders pertaining to video/sound evidence and notes/transcripts evidence; and it is further

**ORDERED**, that Petitioners' request that Respondents produce "[a]ny interrogation log or any similar records or list of interrogation sessions," is denied; and it is further

**ORDERED**, that Petitioners' request that the Government produce "[a]ny documents that constitute, describe or report on any plan for Petitioners' interrogation," is denied without prejudice; and it is further

**ORDERED**, that the Motions Hearing scheduled for March 25, 2009, is cancelled and parties will appear for a Status Conference on that date at 10:00 a.m. Among the issues to be discussed will be deadlines for submitting merits briefs; and it is further

**ORDERED**, that parties will submit by **March 23, 2009, at 4:00 p.m.,** a Status Report informing the Court about the progress of discovery; and it is further

**ORDERED**, that the deadline for Respondent's opposition to Petitioner Bawazir's Motion for Discovery Pursuant to Section I.E.2 of the Case Management Order [Dkt. No. 290] is **March 9, 2009;** the Reply, if any, is due **March 13, 2009.** The deadline for

-2-

Respondent's opposition to Petitioner Hamdoun's and Petitioner Al-Adahi's Motions for Discovery Under Section I.E.2 of the Case Management Order is **March 13, 2009;** the Reply briefs, if any, are due **March 19, 2009;** and it is further

ORDERED, that if it is necessary for parties to submit new factual information to the Court, they may do so by appending the material to their merits briefs.

| | /s/ |
|---|---|
| March 9, 2009 | Gladys Kessler<br>United States District Judge |

Copies to: Attorneys of Record via ECF